GRIESA, 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
JULIA RELLOU,
                                         :
                    Plaintiff,              04 CV 9484 (TPG)
                                         :
        -against-                           Stipulation of Voluntary
                                         :  Dismissal with Prejudice
J.P. MORGAN CHASE & CO.,
                                         :
                    Defendant.
                                         :
---------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and among the parties that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: ~~August~~ September 5, 2006

Wolin & Wolin, Esqs.                        JPMorgan Chase Legal Department

By: _____               By: _____
Alan E. Wolin (AW-0702)                     Stacey L. Blacher (SB-1674)
Attorney(s) for Plaintiff                   Philip A. Goldstein (PG-0908)
420 Jericho Turnpike, Suite 215             Attorney(s) for Defendant
Jericho, New York 11753                     One Chase Manhattan Plaza, 26th Floor
(516) 938-1199                              New York, New York 10081
                                            (212) 552-3814

SO ORDERED:

_____
THOMAS P. GRIESA
U.S.D.J.                11/13/06

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/06
```

147834;v1                         12